AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DELTA FUEL COMPANY, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> DELTA UTILITIES, LLC, DELTA UTILITIES MS LLC, and JOHN DOES 1-10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-410-TSL-ASH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Delta Utilities MS, LLC

R/A: CT Corporation System
645 Lakeland Drive, Suite 101
Flowood, Mississippi 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/5/2025

*L. Townsend*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DELTA FUEL COMPANY, LLC <br><br> *Plaintiff(s)* <br> v. <br> DELTA UTILITIES, LLC, DELTA UTILITIES MS LLC, and JOHN DOES 1-10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 3:25-cv-410-TSL-ASH ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Delta Utilities, LLC

        R/A: CT Corporation System
        645 Lakeland Drive, Suite 101
        Flowood, Mississippi 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/5/2025

_L. Townsend_
*Signature of Clerk or Deputy Clerk*