IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION (JACKSON)

| | |
|---|---|
| **DELTA FUEL COMPANY, LLC,** | |
| Plaintiff | Case No. 3:25-cv-00410-TSL-LGI |
| v. | |
| **DELTA UTILITIES, LLC; DELTA MISSISSIPPI GAS COMPANY, LLC; DELTA CAPITAL GAS COMPANY, LLC; DELTA SOUTH LOUISIANA GAS COMPANY, LLC; DELTA NORTH LOUISIANA GAS COMPANY, LLC; DELTA NEW ORLEANS GAS COMPANY, LLC; BERNHARD CAPITAL PARTNERS, LP, et al., and JOHN DOES 1-10,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER (ECF 28)**

Plaintiff Delta Fuel Company, LLC ("Delta Fuel") and Defendants Delta Utilities, LLC; Delta Mississippi Gas Company, LLC; Delta Capital Gas Company, LLC; Delta South Louisiana Gas Company, LLC; Delta North Louisiana Gas Company, LLC; Delta New Orleans Gas Company, LLC (collectively, "Delta Utilities"); and Bernhard Capital Partners Management, LP ("BCP") (collectively, the "Parties"), hereby submit the following Joint Motion to Amend the Case Management Order.

1.  On September 5, 2025, the Court entered a Case Management Order (ECF 28).

2.  Per the Case Management Order, Plaintiff's expert designation deadline is January 21, 2026.

3.    Per the Case Management Order, the Defendants' experts designation deadline is February 23, 2026.

4.    On December 31, 2025, the Parties filed a Joint Motion for Entry of Agreed Protective Order (ECF 44), because this matter is a trademark dispute that will require the exchange of documents considered confidential and commercially sensitive.

5.    On January 13, 2026, the Court entered an order granting the Joint Motion for Entry of Agreed Protective Order (ECF 45), which paves the way for the Parties to exchange confidential and commercially sensitive documents.

6.    The Parties believe good cause exists to extend these and other deadlines. In particular, the Fort Worth, Texas law firm of Whitaker Chalk Swindle & Schwartz, PLLC ("Whitaker Chalk") will be substituting in as Plaintiff's counsel within the next week and will need to time to get up to speed on the case. That substitution of counsel will occur as soon as Plaintiff retains local counsel to assist Whitaker Chalk by filing appropriate motions for admission pro hac vice.

7.    As a result, the Parties need additional time to designate experts and to then complete discovery and prepare for motion practice.

8.    The Parties have therefore agreed to extend Plaintiff's expert designation deadline from January 21, 2026, to Wednesday, February 25, 2026.

9.    The Parties have agreed to extend the deadline for Defendants' expert designation from February 23, 2026, to April 1, 2026.

10.   The Parties further agree to extend the deadline by which all discovery must be completed by 14 days, from April 21, 2026, to May 5, 2026.

11. The Parties further agree to extend the deadline for the filing of all dispositive motions and *Daubert*-type motions challenging another Party's expert by 14 days, from May 5, 2026, to May 19, 2026.

12. The proposed deadline extensions are reflected in the chart below:

| Event | Current | Proposed |
|---|---|---|
| Plaintiff's Expert Designations | January 21, 2026 | February 25, 2026 |
| Defendants' Expert Designations | February 23, 2026 | April 1, 2026 |
| Discovery Closes | April 21, 2026 | May 5, 2026 |
| Dispositive and *Daubert*-style Motions | May 5, 2026 | May 19, 2026 |
| Mediation Deadline | May 31, 2026 | No change |
| Motions in Limine | August 24, 2026 | No change |
| Responses to Motions in Limine | August 31, 2026 | No change |
| Pretrial Conference | September 14, 2026 | No change |
| Trial (term) | October 5, 2026 | No change |

13. There have been no prior extensions of these deadlines that are the subject of this motion.

14. The requested extensions of time would provide both Parties with full opportunity to complete expert designations, to complete discovery, and to file appropriate motions. The extensions would not affect the remaining Case Management Order deadlines, such as the pretrial conference or the trial setting. Granting this request will not prejudice any of the Parties; will not unduly delay these proceedings; and is in the interest of justice and fairness.

**WHEREFORE**, the Parties respectfully request entry of an Order amending the Case Management Order in this case as set forth above.

Date: January 21, 2026                          Respectfully submitted:

By: */s/Oscar M. Orozco-Botello (with permission)*
   Oscar M. Orozco-Botello (*pro hac vice*)
   DLA PIPER LLP (US)
   2000 Avenue of the Stars
   Suite 400 North Tower
   Los Angeles, CA 90067-4735
   oscar.orozco-botello@us.dlapiper.com
   (310) 595-3000

   R. David Kaufman, MSB # 3526
   Karen E. Howell, MSB # 102243
   BRUNINI, GRANTHAM, GROWER
   & HEWES, PLLC
   Post Office Drawer 119
   Jackson, Mississippi 39205
   Telephone: (601) 948-3101
   Facsimile: (601) 960-6902
   dkaufman@brunini.com
   khowell@brunini.com

   Tamar Y. Duvdevani (*pro hac vice*)
   DLA PIPER LLP (US)
   1251 6th Avenue
   New York, New York 10020
   tamar.duvdevani@us.dlapiper.com
   (212) 335-4799

*Attorneys for Defendants Delta Utilities, LLC; Delta Mississippi Gas Company, LLC; Delta Capital Gas Company, LLC; Delta South Louisiana Gas Company, LLC; Delta North Louisiana Gas Company, LLC; Delta New Orleans Gas Company, LLC; and Bernhard Capital Partners Management, LP.*

By: */s/ Arnold D. Lee*
Jeffrey J. Phillips, Lead Attorney
(*pro hac vice*)
Texas Bar No. 24037279
jphillips@spencerfane.com
SPENCER FANE LLP
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Telephone: 713-212-2710

Arnold D. Lee
MS Bar No. 101238
alee@spencerfane.com
SPENCER FANE LLP
2415 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: 602-333-5430

John B. Allen (*pro hac vice*)
Utah Bar No. 18836
joallen@spencerfane.com
SPENCER FANE LLP
10 Exchange Place, Suite 1100
Salt Lake City, Utah 84111
Telephone: 801-521-9000

*Attorneys for Plaintiff Delta Fuel Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Joint Motion to Amend the Case Management Order was electronically filed with the clerk of this Court on January 21, 2026.

Date:  January 21, 2026              Respectfully submitted:

                                                     By: */s/Arnold D. Lee*
                                                          Arnold D. Lee

DM#809341